# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| LINDA DUMEY, ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No.  2:14-cv-312-GZS |
| ) | |
| JEH JOHNSON, Secretary, ) | |
| U.S. Department of Homeland Security ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 13) filed July 1, 2015, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Dismiss (ECF No. 11) is **GRANTED**.

                                                                _/s/ George Z. Singal_
                                                                United States District Judge

Dated this 17th day of September, 2015.